UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

695 INVESTMENT GROUP, LLC, a
Florida limited liability company,

      Plaintiff,

vs.                              CASE NO.:  3:16-cv-1221-J-32JRK

CITY OF JACKSONVILLE,

      Defendant.
_____/

## JOINT NOTICE REGARDING SETTLEMENT STATUS

      Plaintiff and Defendant, pursuant to this Court's Order of July 10, 2017, hereby give notice regarding the status of the final settlement legislation.  The settlement legislation, Ordinance 2017-519, was filed with Jacksonville City Council on July 18, 2017, and was assigned to the Finance Committee.  The legislation's first public hearing at Council was on August 8, 2017, and the legislation approving the settlement was initially discussed by the Finance Committee on August 15, 2017, and then deferred by the Committee at its September 6, 2017 meeting.  The legislation remains in deferment and the Council is on holiday break.  Discussions of remaining issues in the legislation, including the status and future use of the property at issue in this lawsuit, continue to be ongoing.  The original legislation has not been called up and no final vote has occurred, as the legislation will likely be amended by the parties.  The parties will provide another notice to the Court no later than January 15, 2018.

      Respectfully submitted,

      OFFICE OF GENERAL COUNSEL

      */s/ Craig D. Feiser*
      Craig D. Feiser, Esq.

>Assistant General Counsel
>Florida Bar No. 164593
>City of Jacksonville
>Office of General Counsel
>117 West Duval Street, Suite 480
>Jacksonville, Florida 32202
>(904) 630-1700 (Telephone)
>(904) 630-1316 (Facsimile)
>Primary: CFeiser@coj.net
>Secondary: HDugan@coj.net
>*Counsel for Defendant City of Jacksonville*
>
>*/s/ Tim Franklin*_____
>Tim Franklin, Esq.
>Franklin Legal, PL
>60 Ocean Blvd, Suite 10
>Atlantic Beach, FL 32233
>franklinlegalpl@yahoo.com
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December, 2017, I filed and uploaded the foregoing to the Court's CM/ECF system, which will serve a copy on all parties.

>*/s/ Craig D. Feiser*_____
>CRAIG D. FEISER
>Assistant General Counsel