UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

695 INVESTMENT GROUP, LLC, a
Florida limited liability company,

      Plaintiff,

vs.                                          CASE NO.:  3:16-cv-1221-J-32JRK

CITY OF JACKSONVILLE,

      Defendant.
_____/

## JOINT NOTICE REGARDING SETTLEMENT STATUS

      Plaintiff and Defendant, pursuant to this Court's Order of July 10, 2017, hereby give notice regarding the status of the final settlement legislation.  The settlement legislation, Ordinance 2017-519, was filed with Jacksonville City Council on July 18, 2017, and was assigned to the Finance Committee.  The legislation's first public hearing at Council was on August 8, 2017, and the legislation approving the settlement was initially discussed by the Finance Committee on August 15, 2017, and then deferred by the Committee at its September 6, 2017 meeting.  The legislation remains deferred, however, the parties have reached the point where the legislation can be put to a full vote.  The original legislation will now be called up and a final vote in Finance and City Council can now occur, once it is placed on the agenda in the near future, most likely on February 6, 2018.  The parties will provide another notice to the Court no later than February 15, 2018.

                                                    Respectfully submitted,

                                                      OFFICE OF GENERAL COUNSEL

                                                      */s/ Craig D. Feiser*
                                                      Craig D. Feiser, Esq.

        Assistant General Counsel
        Florida Bar No. 164593
        City of Jacksonville
        Office of General Counsel
        117 West Duval Street, Suite 480
        Jacksonville, Florida 32202
        (904) 630-1700 (Telephone)
        (904) 630-1316 (Facsimile)
        Primary: CFeiser@coj.net
        Secondary: HDugan@coj.net
        *Counsel for Defendant City of Jacksonville*

        */s/ Tim Franklin*_____
        Tim Franklin, Esq.
        Franklin Legal, PL
        60 Ocean Blvd, Suite 10
        Atlantic Beach, FL 32233
        franklinlegalpl@yahoo.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of January, 2018, I filed and uploaded the foregoing to the Court's CM/ECF system, which will serve a copy on all parties.

        */s/ Craig D. Feiser*_____
        CRAIG D. FEISER
        Assistant General Counsel