UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

695 INVESTMENT GROUP, LLC, a
Florida limited liability company,

      Plaintiff,

vs.                                                                    CASE NO.:  3:16-cv-1221-J-32JRK

CITY OF JACKSONVILLE,

      Defendant.
_____/

## JOINT NOTICE REGARDING SETTLEMENT STATUS

      Plaintiff and Defendant, pursuant to this Court's Order of July 10, 2017, hereby give notice regarding the status of the final settlement legislation.  The settlement legislation, Ordinance 2017-519, was filed with Jacksonville City Council on July 18, 2017, and was assigned to the Finance Committee.  The legislation's first public hearing at Council was on August 8, 2017, and the legislation approving the settlement was initially discussed by the Finance Committee on August 15, 2017, and then deferred by the Committee at its September 6, 2017 meeting.  After much discussion and attempts at revisions of the settlement agreement with the Plaintiff and representatives from the Jacksonville Mayor's Office and City Council, the City Council unanimously voted to reject the settlement legislation at its regular meeting on February 27, 2018.

      Accordingly, there being no settlement at this time, the stay of this litigation can be lifted.  The initial case management and scheduling order established a trial term commencing on April 2, 2018.  Because this case has not proceeded beyond the City's answer to the amended complaint, the parties would respectfully request a new case management and scheduling order

re-setting all of the case management deadlines to appropriate timeframes. Should the court prefer, the parties can submit proposed new deadlines.

>Respectfully submitted,
>
>OFFICE OF GENERAL COUNSEL
>
>*/s/ Craig D. Feiser*
>Craig D. Feiser, Esq.
>Assistant General Counsel
>Florida Bar No. 164593
>Jason R. Teal, Esq.
>Deputy General Counsel
>Florida Bar No.: 157198
>City of Jacksonville
>Office of General Counsel
>117 West Duval Street, Suite 480
>Jacksonville, Florida 32202
>(904) 630-1700 (Telephone)
>(904) 630-1316 (Facsimile)
>CFeiser@coj.net
>JTeal@coj.net
>*Counsel for Defendant City of Jacksonville*
>
>*/s/ Tim Franklin*
>Tim Franklin, Esq.
>Franklin Legal, PL
>60 Ocean Blvd, Suite 10
>Atlantic Beach, FL 32233
>franklinlegalpl@yahoo.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2018, I filed and uploaded the foregoing to the Court's CM/ECF system, which will serve a copy on all parties.

>*/s/ Craig D. Feiser*
>CRAIG D. FEISER
>Assistant General Counsel